| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>KAWAN FOOD MANUFACTURING SDN BHD,<br><br>                                Plaintiff,<br><br>                - against -<br><br>BENGAL SEA FOODS USA CANADA INC.<br>and<br>GREEN-LAKE PRODUCE AND SEAFOOD<br>CORPORATION,<br><br>                              Defendants.<br>-------------------------------------------------------------X | **NOT FOR PUBLICATION**<br><br>**MEMORANDUM & ORDER**:<br>No. 06-cv-5430 (ERK) (SMG) |

KORMAN, J.:

      By consent of the parties, the temporary restraining order is extended until March 21, 2008.

|  |  |
|---|---|
|  | **SO ORDERED:** |
| Brooklyn, New York<br>February 27, 2008 | *Edward R. Korman*<br>Edward R. Korman<br>Senior United States District Judge |